IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| SEBASTIEN TORTELLI and STEPHANIE TORTELLI, | ) | |
| Plaintiffs, | ) | Case Number: 4:23-cv-00042-SMR-SBJ |
| vs. | ) | Corporate Disclosure/ Statement of Interest |
| EQUITRUST LIFE INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

As required by LR 7.1 and LR 81.c, .d, and .e, in this case, Defendant, EquiTrust Life Insurance Company, provides the following information to the court:

(a) The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the defendant as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the outcome in the case:

Defendant EquiTrust Life Insurance Company is wholly owned by its parent company, EquiTrust Holdings, LLC, a Delaware limited liability company. EquiTrust Life Insurance Company has the following wholly owned subsidiaries: IDF III, LLC; IDF IV, LLC; EquiTrust GBM Investco, LLC; Divinshire Insurance Agency, LLC; ICO Series, LLC; HGL Receivables, LLC; Lavallette Insurance Agency, LLC; ET Life 1099 Reporting, LLC; Trenton E Holdings, LLC; Kodiak E Holdings, LLC; Elm Tree Holdings, LLC; ET Investment Holdings, LLC; ET Investment Holdings II, LLC; and ET Investment Holdings III, LLC.

(b) With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:

EquiTrust Holdings, LLC has no connection to the litigation and any interest in the litigation is solely as the parent company of EquiTrust Life Insurance Company. The subsidiaries named in (a) have no connection or interest in the litigation.

Date: February 22, 2023

EQUITRUST LIFE INSURANCE COMPANY

By: /s/ *Matthew J. Hemphill*
One of Its Attorneys

Matthew J. Hemphill
BERGKAMP, HEMPHILL, & MCCLURE, P.C.
218 S. 9th Street
Adel, IA 50003
Tel. 515-993-1000
matthewhemphill@adellaw.com

Marc J. Pearlman
Timothy W. Kelly
FROST & PEARLMAN, LLC
2201 Waukegan Road, Suite 160
Bannockburn, IL 60015
(312) 261-4550
mpearlman@frostpearlman.law
tkelly@frostpearlman.law

Attorneys for Defendant