IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| SEBASTIEN TORTELLI and STEPHANIE TORTELLI,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUITRUST LIFE INSURANCE COMPANY<br><br>Defendant. | ) | Case No. 4:23-cv-00042-SMR-SBJ |

**<u>AFFIDAVIT OF PAUL MILLER</u>**

I, Paul Miller, state the following under oath:

1. I am the Chief Legal Officer and Corporate Secretary of Defendant EquiTrust Life insurance Company ("EquiTrust"). I have personal knowledge of the following facts.

2. EquiTrust completed its redomestication from Illinois to Arizona on April 20, 2022 and, following the completion of such redomestication, is presently an Arizona domestic insurance company in good standing regulated by the Arizona Department of Insurance and Financial Institutions. (*See* Certificate of Good Standing by the Arizona Office of the Corporation of Good Standing attached hereto as Exhibit A; *see also* Uniform Certificate of Authority Application Certificate of Compliance attached hereto as Exhibit B).

3. Prior to its redomestication to Arizona, EquiTrust was an Illinois domiciled insurer. (*See* letter from Illinois Department of Insurance approving redomestication of EquiTrust from Illinois to Arizona attached hereto as Exhibit C).

4. Although originally incorporated in Iowa, EquiTrust has not been an Iowa domestic insurance company in over 10 year since EquiTrust redomesticated from Iowa to Illinois in 2013. From 2013 until its redomestication to Arizona in April of 2022, EquiTrust held itself out as an Illinois domestic insurer. During that time, EquiTrust filed its financial statements in Illinois in accordance with Illinois law applicable to Illinois domestic insurers. Also during that time, the Illinois Department of Insurance was charged with the primary responsibility for regulating EquiTrust.

5. In connection with its redomestication from Illinois to Arizona, redomestication approvals were granted by both the Illinois Department of Insurance and Arizona Department of Insurance and Financial Institutions. (*See* Exhibit C; see also approval letter from the Arizona Corporations Division attached hereto as Exhibit D).

6. Upon the approval of its redomestication to Arizona, EquiTrust filed Articles of Incorporation with the Arizona Corporation Commission on April 20, 2022. (A copy of EquiTrust's Articles of Incorporation are attached hereto as Exhibit E).

7. EquiTrust holds itself out as an Arizona domestic insurer, and is viewed as an Arizona domestic insurer by the National Association of Insurance Commissioners and regulators in states in which it is licensed. EquiTrust files its financial statements in Arizona in accordance with Arizona law applicable to Arizona domestic insurers. As its domiciliary regulator, the Arizona Department of Insurance and Financial Institutions is charged with the primary responsibility for regulating EquiTrust. (*See* Exhibit B).

8. Additionally, the National Association of Insurance Commissioners recognizes EquiTrust as an Arizona domestic company. (*See* NAIC company summary for EquiTrust attached hereto as Exhibit F).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 31, 2023

Paul A. Miller
____________________________________
Chief Legal Officer and Corporate Secretary
of Defendant EquiTrust Life insurance Company

Exhibit A

# STATE OF ARIZONA

**Office of the**
**CORPORATION COMMISSION**

## CERTIFICATE OF GOOD STANDING

I, the undersigned Executive Director of the Arizona Corporation Commission, do hereby certify that:

**EQUITRUST LIFE INSURANCE COMPANY**

ACC file number: 23364026

was incorporated under the laws of the State of Arizona on 04/20/2022;

That all annual reports owed to date by said corporation have been filed or delivered for filing, and all annual filing fees owed to date have been paid; and

That, according to the records of the Arizona Corporation Commission, said corporation is in good standing in the State of Arizona as of the date this Certificate is issued.

This Certificate relates only to the legal existence of the above named entity as of the date this Certificate is issued, and is not an endorsement, recommendation, or approval of the entity's condition, business activities, affairs, or practices.

SEAL OF THE ARIZONA CORPORATION COMMISSION · DITAT DEUS · 1912

IN WITNESS WHEREOF, I have hereunto set my hand, affixed the official seal of the Arizona Corporation Commission, and issued this Certificate on this date: **09/14/2022**

**Matthew Neubert, Executive Director**

Applicant Name: EQUITRUST LIFE INSURANCE COMPANY NAIC No. 62510
FEIN: 42-1468417

# Uniform Certificate of Authority Application (UCAA)
## CERTIFICATE OF COMPLIANCE

State of ARIZONA (Domiciliary State of Applicant) Office of DIRECTOR OF INSURANCE AND FINANCIAL INSTITUTIONS (Commissioner, Superintendent, Officer)

I, KURT REGNER (Name), hereby certify that I am the*

ASSISTANT DIRECTOR, FINANCIAL AFFAIRS DIVISION (Position) of the State of ARIZONA

and have supervision of insurance business in said State and as such I hereby certify that

EQUITRUST LIFE INSURANCE COMPANY
(Name of Insurer)

of Scottsdale, Arizona (City/State) is duly organized under the laws of said State and is

authorized to transact the business of DISABILITY, LIFE, VARIABLE ANNUITIES AND VARIABLE LIFE (Lines of Insurance)**

insurance in this State.

IN TESTIMONY WHEREOF, I have hereunto set my hand at PHOENIX, ARIZONA (Location)

on this 3rd day of May (Month), A.D. 2022.

(Signature)

KURT REGNER
(Printed Name)

* Insurance Commissioner, Officer or Superintendent of Insurance authorized to certify to the insurance business within the domiciliary state.

** Lines of Insurance as shown on Form 3 of UCAA

Exhibit C

# Illinois Department of Insurance

**JB PRITZKER**
Governor

**DANA POPISH SEVERINGHAUS**
Director

April 14, 2022

Cary W. Cook
Chief Financial Compliance Officer
Arizona Department of Insurance and Financial Institutions
100 N. 15th Ave., Suite 261
Phoenix, AZ 85007-2630

RE: Redomestication of EquiTrust Life Insurance Company

Dear Cary Cook:

The Illinois Department of Insurance received your email of April 14, 2022, approving of the redomestication of EquiTrust Life Insurance Company from Illinois to Arizona. This Department has no objection to the redomestication from Illinois to Arizona and hereby provides our approval of this transaction.

Upon receipt of a copy of the Articles of Redomestication from Arizona, our Department will issue an amended certificate of authority recognizing the company as a foreign insurer.

Regards,

Marcy Savage
Assistant Deputy Director
Corporate Regulation Section

mms

Exhibit D

COMMISSIONERS

Corporations Division

Lea Márquez Peterson - Chairwoman
Sandra D. Kennedy
Justin Olson
Anna Tovar
Jim O'Connor

Date: 4/21/2022 Delivered via: Email

erin.dunne@kutakrock.com
Phoenix AZ
USA

| | | |
|---|---|---|
| **RE:** | **Entity Name:** | EQUITRUST LIFE INSURANCE COMPANY |
| | **ACC File Number:** | 23364027 |
| | **ACC Order Number:** | 202204211685162 |
| | **Document Received Date:** | 04/20/2022 |

We are pleased to notify you that the document you submitted for the above-referenced entity has been APPROVED for filing.

The Corporations Division strongly recommends that you periodically monitor the entity's public record, which can be viewed at ecorp.azcc.gov. If you have questions or for further information, contact Customer Service at 602-542-3026, or, within Arizona only, 800-345-5819.

Arizona Corporation Commission - RECEIVED: 4/20/2022 22042108120191
Arizona Corporation Commission - FILED: 4/20/2022

Exhibit E

# ARTICLES OF INCORPORATION OF EQUITRUST LIFE INSURANCE COMPANY

## ARTICLE I

## NAME

The name of the Corporation is "EquiTrust Life Insurance Company".

## ARTICLE II

## DURATION AND FISCAL YEAR END

The period of its duration is perpetual. The fiscal year end of the Corporation shall be December 31 of each year.

## ARTICLE III

## PURPOSE

The Corporation is formed as an Arizona general corporation, organized for the purpose of transacting insurance. The Corporation shall also be authorized to transact any and all lawful business for which an insurance corporation may be incorporated under the laws of the State of Arizona, as they may be amended from time to time, subject to the provisions of Arizona Revised Statutes, Title 20.

## ARTICLE IV

## AUTHORIZED CAPITAL

The aggregate number of shares of common stock which the Corporation has authority to issue is 2,500, par value $1,500 per share, and at least 2,000 shall be issued. Upon receipt by the Corporation of such consideration for issuance as is determined by the Board of Directors, such shares, once issued, shall be deemed to be fully paid and non-assessable for all purposes, except as provided by Article 14, Section 11 of the Constitution of the State of Arizona.

## ARTICLE V

## ANNUAL MEETING OF SHAREHOLDERS

The annual meeting of the shareholders of the Corporation shall be held on the first Thursday in March of each year or on such other date and at such other time as the Board of Directors may specify in accordance with the Corporation's Bylaws.

PROPOSED ARTICLES AND/OR AMENDMENT(S) APPEAR TO CONFORM TO ARIZONA INSURANCE STATUTES. THE NAME IS NOT NOW IN CONFLICT WITH THAT OF ANY INSURER AUTHORIZED TO TRANSACT INSURANCE IN ARIZONA ON THIS DATE April 19, 2022.
DOCUMENT CONSISTS OF 5 PAGES. BY [signature]
AUTHORIZED REPRESENTATIVE
FOR THE DIRECTOR OF INSURANCE AND FINANCIAL INSTITUTIONS, STATE OF ARIZONA.

## ARTICLE VI

## DIRECTORS

The governing body of the Corporation is the Board of Directors, elected annually by the shareholders, and shall be composed of not less than five (5) nor more than fifteen (15) natural persons and who are at least 18 years of age. The exact number of directors within the minimum and maximum required by A.R.S. § 20-705 shall be fixed by the Bylaws. Their terms and the manner of their election shall be as provided in the Bylaws, and each director shall serve until his or her successor is elected and qualified or until his or her earlier resignation or removal as provided in the Corporation's Bylaws. The Board of Directors may make and amend the Bylaws of the Corporation.

The names and addresses of the current directors and officers are:

Directors:

Dennis A. Cullen
222 W. Adams St. Suite 2150
Chicago, Illinois 60606

Eric L. Holoman
222 W. Adams St. Suite 2150
Chicago, Illinois 60606

Kenyatta K. Matheny
222 W. Adams St. Suite 2150
Chicago, Illinois 60606

Paul A. Miller
222 W. Adams St. Suite 2150
Chicago, Illinois 60606

Michael J. Rigert
222 W. Adams St. Suite 2150
Chicago, Illinois 60606

Officers:

Eric L. Holoman, Chief Executive Officer and President
222 W. Adams St. Suite 2150
Chicago, Illinois 60606

Gregory Thompson, Chief Accounting Officer and Controller
222 W. Adams St. Suite 2150
Chicago, Illinois 60606

 22042108120191

Paul A. Miller, Chief Legal Officer and Secretary
222 W. Adams St. Suite 2150
Chicago, Illinois 60606

Kenyatta K. Matheny, Chief Investment Officer
222 W. Adams St. Suite 2150
Chicago, Illinois 60606

Joseph S. Norton, Chief Operating Officer
7100 Westown Parkway, Suite 200
West Des Moines, Iowa 50266

**ARTICLE VII**

**INDEMNITY**

The Corporation shall indemnify a director, officer, employee or agent for liability to the fullest extent permitted by A.R.S. § 10-850 *et seq.*, for any action taken, or any failure to take any action, as a director or officer, except liability for any of the following: (1) receipt of financial benefit by a director or officer to which the director or officer is not entitled; (2) an intentional infliction of harm on the Corporation or the shareholders; (3) an intentional violation of criminal law. Without limiting the foregoing, the Corporation shall exercise all of its permissive powers as often as necessary to indemnify and advance expenses to its directors and officers to the fullest extent permitted by law. If the Arizona Corporations and Associations Code is hereafter amended to authorize broader indemnification, then the indemnification obligations of the Corporation shall be deemed amended automatically and without any further action to require indemnification and advancement of funds to pay for or reimburse expenses of its directors and officers to the fullest extent permitted by law. Any repeal or modification of this Article by the shareholder of the Corporation shall be prospective only and shall not adversely affect any indemnification obligations of the Corporation with respect to any state of facts existing at or prior to the time of such repeal or modification.

**ARTICLE VIII**

**AUTHORIZED DEBT**

The Corporation shall be subject to such limitations of indebtedness, if any, as are provided for in its Bylaws.

**ARTICLE IX**

**PLACE OF BUSINESS**

The street address of the principal/known place of business of the Corporation in the State of Arizona is 8601 North Scottsdale Road, Suite 300, Scottsdale, Arizona 85253.

**ARTICLE X**

**STATUTORY AGENT**

The name and address of the statutory agent of the Corporation is Tasha Cycholl, Kutak Rock, LLP, 8601 N. Scottsdale Road, Suite 300, Scottsdale, Arizona 85253.

**ARTICLE XI**

**AMENDMENT**

These Articles of Incorporation may be amended at any meeting of shareholders by the affirmative vote of a majority of the shareholders present, in person or by proxy, or by the Board of Directors in accordance with the Corporation's Bylaws.

**ARTICLE XII**

**INCORPORATOR**

The name and address of the Incorporator of the Corporation is:

Tasha N. Cycholl
8601 N. Scottsdale Road
Suite 300
Scottsdale, Arizona 85253

All powers, duties and responsibilities of the Incorporator shall cease at the time of delivery of these Articles of Incorporation to the Arizona Corporation Commission.

Executed this 19th day of April, 2022 by the Incorporator.

[signature]
Tasha N. Cycholl

ACCEPTANCE OF APPOINTMENT OF STATUTORY AGENT

Tasha Cycholl does hereby accept appointment as Statutory Agent for Equitrust Life Insurance Company in accordance with applicable law until appointment of a successor Statutory Agent by the Board of Directors or until my written resignation becomes effective with applicable law.

Dated this 19th day of April, 2022.

Tasha N. Cycholl

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# CERTIFICATE OF DISCLOSURE

*Read the Instructions C003i*

**1. ENTITY NAME** – give the exact name of the corporation in Arizona:

Equitrust Life Insurance Company

| **2. FELONY/JUDGMENT QUESTIONS:** Has any person (a) who is currently an officer, director, trustee, or incorporator, or (b) who controls or holds over ten percent of the issued and outstanding common shares or ten percent of any other proprietary, beneficial or membership interest in the corporation been: | | | |
|---|---|---|---|
| **2.1** | Convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the five-year period immediately preceding the signing of this certificate? | ☐ Yes | ☒ No |
| **2.2** | Convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses or restraint of trade or monopoly in any state or federal jurisdiction within the five-year period immediately preceding the signing of this certificate? | ☐ Yes | ☒ No |
| **2.3** | Subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the five-year period immediately preceding the signing of this certificate, involving any of the following:<br>a. The violation of fraud or registration provisions of the securities laws of that jurisdiction;<br>b. The violation of the consumer fraud laws of that jurisdiction;<br>c. The violation of the antitrust or restraint of trade laws of that jurisdiction? | ☐ Yes | ☒ No |
| **2.4** | If any of the answers to numbers 2.1, 2.2, or 2.3 are **YES**, you **MUST** complete and attach a Certificate of Disclosure Felony/Judgment Attachment form C004. | | |

| **3. BANKRUPTCY QUESTION:** | | | |
|---|---|---|---|
| **3.1** | Has any person (a) who is currently an officer, director, trustee, incorporator, or (b) who controls or holds over twenty percent of the issued and outstanding common shares or twenty percent of any other proprietary, beneficial or membership interest in the corporation, served in any such capacity or held a twenty percent interest in **any other corporation** (not the one filing this Certificate) on the bankruptcy or receivership **of the other corporation** ? | ☐ Yes | ☒ No |
| **3.2** | If the answer to number 3.1 is **YES**, you **MUST** complete and attach a Certificate of Disclosure Bankruptcy Attachment form C005. | | |

 22042108120191

**IMPORTANT:** If within 60 days of the delivery of this Certificate to the A.C.C. any person not included in this Certificate becomes an officer, director, trustee or person controlling or holding over ten percent of the issued and outstanding shares or ten percent of any other proprietary, beneficial or membership interest in the corporation, the corporation must submit a SUPPLEMENTAL Certificate providing information about that person, signed by all incorporators or by a duly elected and authorized officer.

| **SIGNATURE REQUIREMENTS:** | |
|---|---|
| Initial Certificate of Disclosure: | This Certificate must be signed by all incorporators. If more space is needed, complete and attach an Incorporator Attachment form C084. |
| Foreign corporations: | This Certificate may be signed by a duly authorized officer or by the Chairman of the Board of Directors. |
| Credit Unions and Loan Companies: | This Certificate must be signed by any 2 officers or directors. |

Name: Tasha N. Cycholl
Address 1: 8601 N. Scottsdale Rd. #300
Address 2:
City: Scottsdale State: AZ Zip: 85253
Country: UNITED STATES

**SIGNATURE** – *see Instructions C003i:*

By typing or entering my name and checking the box marked "I accept" below, I acknowledge *under penalty of law* that this document together with any attachments is submitted in compliance with Arizona law.

☒ I ACCEPT

Signature: [signature]

Printed Name: Tasha N. Cycholl Date: 04/20/2022

**REQUIRED – check only one:**

☒ **Incorporator** - I am an incorporator of the corporation submitting this Certificate.

☐ **Officer** - I am an officer of the corporation submitting this Certificate

☐ **Chairman of the Board of Directors** - I am the Chairman of the Board of Directors of the corporation submitting this Certificate.

☐ **Director** – I am a Director of the credit union or loan company submitting this Certificate.

Name:
Address 1:
Address 2:
City: State: Zip:
Country:

**SIGNATURE** – *see Instructions C003i:*

By typing or entering my name and checking the box marked "I accept" below, I acknowledge *under penalty of law* that this document together with any attachments is submitted in compliance with Arizona law.

☐ I ACCEPT

Signature:

Printed Name: Date:

**REQUIRED – check only one:**

☐ **Incorporator** - I am an incorporator of the corporation submitting this Certificate.

☐ **Officer** - I am an officer of the corporation submitting this Certificate

☐ **Chairman of the Board of Directors** - I am the Chairman of the Board of Directors of the corporation submitting this Certificate.

☐ **Director** – I am a Director of the credit union or loan company submitting this Certificate.

**Expedited or Same Day/Next Day services are available for an additional fee – see Instructions or Cover sheet for prices.**

| | |
|---|---|
| Filing Fee: None<br>All fees are nonrefundable - see Instructions. | Mail: Arizona Corporation Commission - Examination Section<br>1300 W. Washington St., Phoenix, Arizona 85007<br>Fax (for Regular or Expedite Service ONLY): 602-542-4100<br>Fax (for Same Day/Next Day Service ONLY): 602-542-0900 |

Please be advised that A.C.C. forms reflect only the **minimum** provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business. All documents filed with the Arizona Corporation Commission are **public record** and are open for public inspection. If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

Company Lookup Summary

Exhibit F

National Association of Insurance Commissioners

# Arizona

*State Based Systems*

**Company Type:** Life & Disability Insurer

## Demographics

**Company Name:** EQUITRUST LIFE INSURANCE COMPANY
**SBS Company Number:** 49209553
**NAIC CoCode:** 62510
**Short Name:** EQUITRUST
**Domicile Type:** Domestic
**State of Domicile:** Arizona
**Country of Domicile:** United States
**NAIC Group Number:**
**Organization Type:** STOCK CORPORATION
**Date of Incorporation:** 10/30/1944
**Merger Flag:** No

## DBA Name

No results found.

## Address

Business Address
222 West Adams Street, Suite 2150
Chicago, IL 60606
United States

Mailing Address
7100 WESTOWN PARKWAY, SUITE 200
WEST DES MOINES, IA 50266
United States

Statutory Home Office Address
8601 NORTH SCOTTSDALE ROAD #300
SCOTTSDALE, AZ 85253
United States

Main Administrative Office Address
222 WEST ADAMS STREET, SUITE 2150
CHICAGO, IL 60606
United States

## Phone, Email, Website

**Phone**

| Type | Number |
|---|---|
| Main Admin Office Primary Phone | (317) 816-9038 |
| Statutory Home Office | (317) 816- |
| | 3310 |
| Other Phone | (877) 249-3694 |
| Other Phone | (312) 702-3335 |
| Other Phone | (312) 702-3400 |
| Other Phone | (312) 702-3315 |

**Email**

| Type | E-mail |
|---|---|
| Email | MICHAEL.GLEESON@EQUITRUST.COM |
| Email | GREGORY.THOMPSON@EQUITRUST.COM |
| Email | KURT.EDMARK@EQUITRUST.COM |

**Website**

| Type | Website |
|---|---|
| Website | WWW.EQUITRUST.COM |

## Company Type

**Company Type:** Life & Disability Insurer
**Status:** Active
**Status Reason:**
**Status Date:** 01/31/2014
**Effective Date:** 09/28/1971
**Legacy State ID:** 62510
**Expiration Date:**
**Issue Date:** 09/28/1971
**Approval Date:** 09/28/1971
**File Date:** 09/28/1971
**Articles of Incorporation Received:** No
**Article No:**
**COA Number:**
**Business Activities of Members:**

© 2023 National Association of Insurance Commissioners. All rights reserved.

| Line of Business | Citation Type | Effective Date |
|---|---|---|
| Life | | 09/28/1971 |
| Variable Annuities | | 04/28/1999 |
| Variable Life | | 04/28/1999 |
| Disability | | 04/20/2022 |

## Contact

| Contact Type | Preferred Name | Name | E-mail | Phone | Address |
|---|---|---|---|---|---|
| MARKET CONDUCT CONTACT AND ADDRESS | | PAUL MILLER | **Business Email:** PAUL.MILLER@EQUITRUST.COM | **Business Primary Phone:** 312-702-3399 | Other 222 WEST ADAMS STREET, SUITE 2150 CHICAGO, IL United States County 60606 |
| GOVERNMENT RELATIONS CONTACT AND ADDRESS | | PAUL MILLER | **Business Email:** PAUL.MILLER@EQUITRUST.COM | **Business Primary Phone:** 312-702-3399 | Other 222 WEST ADAMS STREET, SUITE 2150 CHICAGO, IL United States County 60606 |
| CURRENT FINANCIAL STATEMENT CONTACT | | KURT EDMARK | **Business Email:** KURT.EDMARK@EQUITRUST.COM | **Business Fax Phone:** 312-702-3402 **Business Primary Phone:** 312-702-3315 | Other 7100 WESTOWN PARKWAY, SUITE 200 WEST DES MOINES, IA United States County 50266 |
| MARKET CONDUCT ANNUAL STATEMENT CONTACT | | Emily Kresowik | **Business Email:** emily.kresowik@equitrust.com | **Business Primary Phone:** (515) 226-5169 | Statutory Home Office Address 222 WEST ADAMS STREET, SUITE 2150 CHICAGO, IL United States County 60606 |
| STATUTORY AGENT | | Tasha Cycholl | | **Business Primary Phone:** (480) 429-4888 | Statutory Home Office Address 8601 NORTH SCOTTSDALE ROAD #300 SCOTTSDALE, AZ United States County 85253 |
| POLICYOWNER RELATIONS CONTACT AND ADDRESS | | ROSEMARY PARSON | **Business Email:** ROSEMARY.PARSON@EQUITRUST.COM | **Business Primary Phone:** 866-598-3692 | Other 7100 WESTOWN PARKWAY, SUITE 200 WEST DES MOINES, IA United States County 50266 |
| ELECTRONIC CONTACT PERSON AND ADDRESS | | KURT EDMARK | | **Business Primary Phone:** 312-702-3315 | Other 222 WEST ADAMS STREET, SUITE 2150 CHICAGO, IL United States County 60606 |

© 2023 National Association of Insurance Commissioners. All rights reserved.

## Branch Offices

## Company Merger

No results found.

## Name Change History

| Previous Name | New Name | Effective Date |
|---|---|---|
| CONTINENTAL WESTERN LIFE INSURANCE COMPANY | EQUITRUST LIFE INSURANCE COMPANY | 12/31/1997 |

© 2023 National Association of Insurance Commissioners. All rights reserved.